UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-06854-AB-RAO | Date: | November 18, 2022 |
| Title: | John Clement et al v. Mobile Hi-Tech Wheels, LLC et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| H. Crawford for Carla Badirian | Kathy Stride |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jesse Max Creed ((Zoom) | Walter M. Yoka (In Person) |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR [11]**

The motion hearing is held both in person and via zoom webinar. Counsel, the Court and court staff all appear in those manners. Recording or re-broadcasting of the proceedings is strictly prohibited. The motion hearing is held. Counsel address the Court. Plaintiff withdraws their fees and costs part of the motion.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.